*April 25, 2017*

2017-Ohio-1538.]

**2017–0439. Nationstar Mtge., L.L.C. v. Payne.**
Franklin App. No. 16AP-185, 2017-Ohio-513. Sua sponte, appellee ordered to file a response, if any, to the motion for stay no later than 10:00 a.m. on Friday, April 28, 2017.

# CASE ANNOUNCEMENTS

*April 26, 2017*

2017-Ohio-1536.]

# MOTION AND PROCEDURAL RULINGS

**2016–1319. State v. Garcia.**
Summit App. Nos. 27810 and 17811, 2016-Ohio-4667. On appellant's motion to expedite decision to accept or deny jurisdiction. Motion denied as moot.

**2017–0204. In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–ELAAM, 12–429–EL–WVR, and 12–672–EL–RDR. On application for dismissal filed by appellant Ohio Energy Group. Application granted. The other appeals in this cause remain pending.

**2017–0205. In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–EL–WVR, and 12–672–EL–RDR. On application for dismissal filed by appellant Ohio Energy Group. Application granted. The other appeals in this cause remain pending.

**2017–0241. In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–EL–WVR, and 12–672–EL–RDR. On application for dismissal filed by appellant Ohio Energy Group. Application granted. The other appeals in this cause remain pending.

# DISCIPLINARY CASES

**2016–1149. Disciplinary Counsel v. Doumbas.**
Sua sponte, Marc George Doumbas, Attorney Registration No. 0074028, last known business address in Strongsville, Ohio, found in contempt for failure to file an affidavit of compliance on or before March 23, 2017.

*April 27, 2017*

2017-Ohio-1542.]

1452

**2016–1195.  In re D.H.**
Montgomery App. No. 27074, 2016-Ohio-5265. On appellant's motion for appointment of the Office of the Ohio Public Defender as counsel. Motion granted.

**2016–1197.  In re D.H.**
Montgomery App. No. 27075. On appellant's motion for appointment of the Office of the Ohio Public Defender as counsel. Motion.granted.

**2017–0204.  In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–ELAAM, 12–429–EL–WVR, and 12–672–EL–RDR. On motion of the Dayton Power and Light Company for leave to intervene as appellee. Motion granted.

**2017–0205.  In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–EL–WVR, and 12–672–EL–RDR. On motion of the Dayton Power and Light Company for leave to intervene as appellee. Motion granted.

**2017–0241.  In re Application of Dayton Power & Light Co.**
Public Utilities Commission, Nos. 12–426–EL–SSO, 12–427–EL–ATA, 12–428–EL–AAM, 12–429–EL–WVR, and 12–672–EL–RDR. On motion of the Dayton Power and Light Company for leave to intervene as appellee. Motion granted.

**2017–0412.  In re Application of Black Fork Wind Energy, L.L.C.**
Power Siting Board, No. 10–8265–EL–BGN. On motion of Black Fork Wind Energy, L.L.C., for leave to intervene as appellee. Motion granted.

*May 1, 2017*

2017-Ohio-2583.]

**2017–0236.  Pi in the Sky, L.L.C. v. Testa.**
Board of Tax Appeals, No. 2015–2005. On motion to refer case to mediation. Motion granted.

